UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION



**FILED**
Jun 06, 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION

MDL No. 2804

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO −35)

On December 5, 2017, the Panel transferred 62 civil action(s) to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 290 F.Supp.3d 1375 (J.P.M.L. 2017). Since that time, 637 additional action(s) have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Dan A. Polster.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Polster.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of December 5, 2017, and, with the consent of that court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Jun 06, 2018

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby certify that this instrument is a true and correct copy of the original on file in my office. Attest: Sandy Opacich, Clerk
U.S. District Court Northern District of Ohio
By: /s/Robert Pitts
Deputy Clerk

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION                                                    MDL No. 2804

## SCHEDULE CTO−35 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| ALABAMA SOUTHERN | | | |
| ALS | 1 | 18−00230 | City of Prichard, Alabama v. Purdue Pharma L.P. et al |
| CALIFORNIA EASTERN | | | |
| CAE | 2 | 18−01221 | County of Tehama v. Amerisourcebergen Drug Corporation et al |
| GEORGIA MIDDLE | | | |
| GAM | 5 | 18−00167 | MONROE COUNTY GEORGIA v. AMERISOURCEBERGEN DRUG CORPORATION et al |
| GAM | 5 | 18−00169 | WILKINSON COUNTY GEORGIA v. AMERISOURCEBERGEN DRUG CORPORATION et al |
| GEORGIA NORTHERN | | | |
| GAN | 1 | 18−02078 | Gwinnett County, Georgia v. Purdue Pharma L.P. et al |
| MASSACHUSETTS | | | |
| MA | 1 | 18−10971 | Town of Watertown v. Amerisourcebergen Drug Corporation et al |
| MA | 1 | 18−10972 | Town of Plymouth v. Amerisourcebergen Drug Corporation et al |
| MA | 1 | 18−10982 | Town of Acushnet, Massachusetts v. Amerisourcebergen Drug Corporation et al |
| MA | 1 | 18−10985 | City of Amesbury v. Amerisourcebergen Drug Corporation et al |
| MA | 1 | 18−10992 | Town of Carver v. Amerisourcebergen Drug Corporation et al |
| MA | 1 | 18−10994 | City of Chelsea v. Amerisourcebergen Drug Corporation et al |
| MA | 3 | 18−30067 | City of Holyoke v. Amerisourcebergen Drug Corporation et al |

| | | | |
|----|---|----------|---------------------------------------------------------------------|
| MA | 4 | 18−40070 | Town of Southbridge v. Amerisourcebergen Drug Corporation et al |
| MA | 4 | 18−40071 | Town of Winchendon Massachusetts v. Amerisourcebergen Drug Corporation et al |
| MA | 4 | 18−40072 | Town of Auburn v. Amerisourcebergen Drug Corporation et al |
| MA | 4 | 18−40075 | Town of Charlton v. Amerisourcebergen Drug Corporation et al |